UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Marc Estes</u>

     v.        07-cv-223-PB

<u>Kentucky Attorney General, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 20, 2007, no objection having been filed.

SO ORDERED.


December 13, 2007     /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge


cc: Marc Estes, Pro se